NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIE C. CONFORTO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3119

---

Petition for review of the Merit Systems Protection Board in case no. SF0752120154-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of the Navy (Navy) moves to reform the caption to name the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board dismissed the appeal for lack of

jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion to reform the official caption is granted. The revised official caption is reflected above.

FOR THE COURT

JUN 2 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Scott L. Zielinski, Esq.
Katy M. Bartelma, Esq.
Katherine Smith, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 0 2012

JAN HORBALY
CLERK